# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2054
L.T. Case No. 2024-SC-003260

_____

CHERYL BAKER,

    Appellant,

    v.

VICE TOWING, INC.,

    Appellee.

_____

On appeal from the County Court for Duval County.
Robin E. Lanigan, Judge.

Cheryl Baker, Jacksonville, pro se.

No Appearance for Appellee.

November 26, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).


JAY, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____